UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | | |
|---|---|---|---|
| RICKY GRATE, | ) | | |
| | ) | | |
| Petitioner, | ) | | |
| | ) | | |
| v. | ) | Nos.: | 3:13-CR-103-TAV-CCS-1 |
| | ) | | 3:13-CR-124-TAV-CCS-1 |
| UNITED STATES OF AMERICA, | ) | | 3:16-CV-273-TAV |
| | ) | | |
| Respondent. | ) | | |

## JUDGMENT ORDER

For the reasons expressed in the accompanying memorandum opinion, it is **ORDERED**

and **ADJUDGED** that Magistrate Judge Shirley's report and recommendation [*Grate I*, Doc. 33;

*Grate II*, Doc. 43][1] is **ADOPTED IN WHOLE** and Petitioner's subsequently-filed § 2255

motion [*Grate II*, Doc. 39] is **DENIED** and **DISMISSED WITH PREJUDICE**.  The Clerk's

Office is hereby directed to **CLOSE** the civil case associated with Petitioner's collateral

challenge [E.D. Tenn. Case No. 3:16-cv-273-TAV].  If Petitioner files a notice of appeal from

this judgment, such notice of appeal will be treated as an application for a certificate of

appealability, which is **DENIED** pursuant to 28 U.S.C. § 2253(c)(2) and Fed. R. App. P. 22(b)

because he has failed to make a substantial showing of the denial of a federal constitutional right.

---

[1]     Petitioner was charged in two separate criminal cases; the first involved possession of a
firearm as a felon, in violation of 18 U.S.C. § 922(g)(1) [E.D. Tenn. Case No. 3:13-CR-103-
TAV-CCS-1], and the second involved distributing crack cocaine, in violation of 21 U.S.C. §
841(a)(1), (b)(1)(C) [E.D. Tenn. Case No. 3:13-CR-124-TAV-CCS-1].  For purposes of clarity,
all references to the first case [E.D. Tenn. Case No. 3:13-CR-103-TAV-CCS-1] will be denoted
as *Grate I* and all references to the second case [E.D. Tenn. Case No. 3:13-CR-124-TAV-CCS-1]
will be marked *Grate II*.

The Court **CERTIFIES** pursuant to 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24 that any such

appeal from this judgment would be frivolous and not taken in good faith.

      **ENTER:**


                             s/ Thomas A. Varlan
                             CHIEF UNITED STATES DISTRICT JUDGE


ENTERED AS A JUDGMENT

      s/ Debra C. Poplin
        CLERK OF COURT